UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CEDRIC BISHOP,<br><br>                          Plaintiff,<br><br>                -v.-<br><br>VALOR GROUP LLC,<br><br>                       Defendant. | 20 Civ. 8762 (KPF)<br><br>ORDER |

KATHERINE POLK FAILLA, District Judge:

    The pretrial conference scheduled in this matter for February 17, 2021, at 11:00 a.m. will proceed telephonically. At the designated date and time, the parties shall call (888) 363-4749 and enter access code 5123533#. Please note, the conference line will not be available prior to 11:00 a.m.

    SO ORDERED.

Dated:   February 12, 2021
              New York, New York

                                                    KATHERINE POLK FAILLA
                                                    United States District Judge