# Law Offices of Jan Meyer & Associates, P.C.

**Jan Meyer** *◇✿℧◯③

Associates:
**Richard A. Hazzard** *◇
**Noah Gradofsky** *◇℘
**Stacy P. Maza** *◇
**Richard L. Elem** *◇
**Elissa Breanne Wolf** *◇
**Joshua R. Edwards** *◇
**Jonathan L. Leitman** *◇
**Joshua Beil** *◇
**Elizabeth Kimmel** *◇®

Senior Of Counsel:
**Steven G. Kraus**, LL.M., CSRP *◇℧℘

Of Counsel:
**Joshua Annenberg** *◇
**Michael J. Feigin** *◇®
**Isaac Szpilzinger** ◇



**1029 Teaneck Road
Second Floor
Teaneck, New Jersey 07666**
www.janmeyerlaw.com

**Phone:** (201) 862-9500
**Fax:** (201) 862-9400
**E-Mail:** office@janmeyerlaw.com

Sender's e-mail: jleitman@janmeyerlaw.com
Sender's direct dial: (201) 862-9600 x 224

**New York Office:**
424 Madison Ave.
Sixteenth Floor
New York, NY 10017
(212) 719-9770
*Please correspond with our Teaneck office*

**Admitted to Practice:**
New Jersey *
New York ◇
Pennsylvania ℘   District of Columbia ✿
U.S. Supreme Court ℧
U.S. Court of Federal Claims ◯
U.S. Court of Appeals for the Armed Forces ◯
U.S. Court of Appeals for the Federal Circuit ◯
U.S. Court of Appeals for the Third Circuit ③
U.S. Patent and Trademark Office ®

April 15, 2021

**By Electronic Filing and Email (Failla_NYSDChambers@nysd.uscourt.gov)**

The Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007



**Re:**   *Cedric Bishop v. Valor Group LLC*, Case No. 1:20-cv-8762-KPF

Dear Judge Failla:

This office represents defendant Valor Group LLC (the "Plaintiff" or "Valor"). Please accept this letter motion requesting a thirty day adjournment of Defendant's time to file a brief in support of Defendant's motion to dismiss this matter. This adjournment is necessary as a result of health issues, and to allow time for the parties to continue to discuss settlement. **The Plaintiff consents to this requested adjournment**.

Accordingly, we hereby request, on consent, that all dates agreed to at the Premotion conference, as follows:

Defendant's brief in support shall be submitted by May 17, 2021.

Plaintiff's opposition shall be submitted by June 17, 2021.

Defendant's reply shall be submitted by July 1, 2021.

Kindly contact me if Your Honor requires any further information regarding this application. Thank you for your time and consideration.

Very Truly Yours,

Jonathan L. Leitman

```
Application GRANTED.  The Court adopts Defendant's proposed
revised briefing schedule.
```

```
Dated:   April 15, 2021           SO ORDERED.
         New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE