

April 23, 2021

<u>VIA ECF</u>
The Honorable Katherine Polk Failla
United States District Court Judge
United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007



      ***Re:***   *Bishop v. Valor Group LLC,*
          <u>Case No.: 1:20-cv-8762</u>

Dear Judge Failla,

  The undersigned represents Cedric Bishop, ("Plaintiff") in the above-referenced matter against Valor Group LLC, ("Defendant") (collectively the "Parties"). We write, with Defendant's consent to inform the Court that the Parties have reached a settlement in principle, and respectfully request that Your Honor dismiss this action with prejudice with the right to reopen in thirty days if the Settlement Agreement is not consummated. In light of the anticipated settlement, the undersigned respectfully requests all currently pending deadlines in this action be adjourned *sine die*.

  We thank the Court for its time and attention in this matter.

                     Respectfully submitted,

                      <u>/s/Michael A. LaBollita, Esq.</u>
                      Michael A. LaBollita, Esq.

cc: All counsel of record via ECF

The Court is pleased to hear that the parties have reached a settlement in principle.  All deadlines and conferences in this matter are hereby adjourned.  Furthermore, the Court ORDERS that this action be conditionally discontinued without prejudice and without costs; provided, however, that on or before **May 26, 2021**, the parties may submit to the Court their own Stipulation of Settlement and Dismissal for the Court to So Order.  Otherwise, within such time Plaintiff may apply by letter for restoration of the action to the active calendar of the Court in the event that the settlement is not consummated.  Upon such application for reinstatement, the parties shall continue to be subject to the Court's jurisdiction, the Court shall promptly reinstate the action to its active docket, and the parties shall be directed to appear before the Court, without the necessity of additional process, on a date within ten (10) days of the application, to schedule remaining pretrial proceedings and/or dispositive motions, as appropriate.  This Order shall be deemed a final discontinuance of the action with prejudice in the event that Plaintiff has not requested restoration of the case to the active calendar on or before **May 26, 2021.**

The Clerk of Court is directed to terminate all pending motions, adjourn all remaining dates, and close this case.

Dated:   April 26, 2021          SO ORDERED.
         New York, New York

                                 *Katherine Polk Failla*

                                 HON. KATHERINE POLK FAILLA
                                 UNITED STATES DISTRICT JUDGE