**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CEDRIC BISHOP, ON BEHALF OF HIMSELF
AND ALL OTHER PERSONS SIMILARLY
SITUATED,

           Plaintiffs,

    v.

VALOR GROUP LLC,

           Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No.: 1:20-cv-8762

**NOTICE OF VOLUNTARY DISMISSAL**

    Plaintiff(s), CEDRIC BISHOP, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, VALOR GROUP LLC, with prejudice and without fees and costs.

Dated: New York, New York
       June 18, 2021

                                                              **GOTTLIEB & ASSOCIATES**

                                                             */s/Michael A. LaBollita, Esq.*

                                                    Michael A. LaBollita, Esq., (ML-9985)
                                                    150 East 18th Street, Suite PHR
                                                    New York, NY 10003
                                                    Phone: (212) 228-9795
                                                    Fax: (212) 982-6284
                                                    Michael@Gottlieb.legal

SO ORDERED:

*[signature: Katherine Polk Failla]*
_____
United States District Court Judge

                                                              *Attorneys for Plaintiffs*

Dated:  June 21, 2021
         New York, New York